AARON D. FORD
Attorney General
LORIN M. TAYLOR (Bar No. 14958)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-2389 (phone)
(702) 486-3773 (fax)
Email: lmtaylor@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS BARAJAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JANSSEN BIOTECH, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-02159-MMD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Carlos Barajas, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed without prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, without prejudice. Any outstanding deadlines are considered
3  moot.

DATED this 23rd day of June, 2023.                    DATED this 23rd day of June, 2023.
                                                      AARON D. FORD
                                                      Attorney General

*Carlos G Barajas*

Carlos Barajas, #1136043                              By: *Lorin Taylor*
Plaintiff, *Pro Se*                                   Lorin M. Taylor, (Bar No. 14958)
                                                      *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITHOUT PREJUDICE and the Clerk is directed to close the case.

DATED ___June 23_____, 2023.

_____
UNITED STATES DISTRICT JUDGE